THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHANIEL I. BECKER, Appellant, against WARDEN OF BELLEVUE PRISON WARD et al., Respondents.

Submitted April 2, 1951; decided July 11, 1951.

*Nathaniel I. Becker,* in person, for motion.

*Frank S. Hogan, District Attorney (Charles W. Manning* of counsel), opposed.

Motion dismissed. Appeal dismissed on the ground that no substantial constitutional question is thereby presented. [See 303 N. Y. 638.]